**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | |
|---|---|
| DIETGOAL INNOVATIONS LLC, § § *Plaintiff,* § § v. § § EINSTEIN NOAH RESTAURANT GROUP, § INC., § § *Defendant.* § | Civil Action No. 2:12-cv-_____ Jury Trial Demanded |

## PLAINTIFF'S COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff DietGoal Innovations LLC files this Complaint against Einstein Noah Restaurant Group, Inc. ("Defendant") and alleges as follows:

### PARTIES

1. Plaintiff DietGoal Innovations LLC ("DietGoal") is a Texas Limited Liability Company based in Austin, Texas.

2. Upon information and belief, Defendant is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business located at 555 Zang Street, Suite 300, c/o Evan Davis, Lakewood, Colorado 80228. Defendant may be served with process through its registered agent corporation Service Company, 2711 Centerville Road, Suite 400, Wilmington, Delaware 19808.

### JURISDICTION AND VENUE

3. This is an action for patent infringement arising under the patent laws of the United States of America, Title 35, United States Code.

4. This Court has original jurisdiction over the subject matter of this action pursuant to 28 U.S.C. §§ 1331 and 1338(a).

5. Upon information and belief, Defendant is subject to this Court's general and/or specific personal jurisdiction because it (a) is a resident of the State of Texas; and/or (b) has designated an agent for service of process in the State of Texas; and/or (c) has committed acts of infringement in the State of Texas as alleged below; and/or (d) is engaged in continuous and systematic activities in the State of Texas.  Therefore, this Court has personal jurisdiction over Defendant under the Texas long-arm statute, TEX. CIV. PRAC. & REM. CODE §17.042.

6. Venue is proper in this district under 28 U.S.C. §§ 1391(c) and 1400(b).  On information and belief, Defendant has a regular and established place of business in this district, and/or has transacted business in this district and has committed and/or induced acts of patent infringement in this district.

## THE PATENT-IN-SUIT

7. On July 1, 2003, the United States Patent and Trademark Office issued United States Patent No. 6,585,516 ("the '516 Patent") entitled "Method and System for Computerized Visual Behavior Analysis, Training, and Planning," a true copy of which is attached as Exhibit A.

8. DietGoal is the exclusive licensee of the '516 Patent and possesses all rights to sue for and recover all past, present and future damages for infringement of the '516 Patent.

## CLAIM 1 -- INFRINGEMENT OF U.S. PATENT NO. 6,585,516

9. Defendant has been and now is directly infringing one or more claims of the '516 Patent, in violation of 35 U.S.C. § 271(a), by making and/or using in the United States the computer implemented website www.einsteinbros.com, which has a computerized meal planning

interface at http://www.einsteinbros.com/nutrition/classic-bagels-plain and related webpages ("Meal Builder").

10. In addition and/or in the alternative, the Defendant has been and/or is now indirectly infringing one or more claims of the '516 Patent, in violation of 35 U.S.C. § 271(b), by inducing visitors to its website and its Meal Builder ("End Users") to directly infringe the '516 Patent through their use of the infringing instrumentality. The Defendant induces such infringement by at least making its website available to End Users and providing links and/or other directions on its website and/or the internet for End Users to visit its Meal Builder. The Defendant engages in such activities knowingly and, at least from the time of receipt of the present Complaint, has done so with the knowledge that such activity encourages End Users to directly infringe the '516 Patent.

11. As a direct and proximate consequence of the acts and practices of the Defendant in infringing, directly and/or indirectly, one or more claims of the '516 Patent, DietGoal has suffered, is suffering, and will continue to suffer injury and damages for which it is entitled to relief under 35 U.S.C. § 284 in an amount to be determined at trial.

12. The limitation of damages provision of 35 U.S.C. § 287(a) is not applicable to DietGoal.

13. This case presents exceptional circumstances within the meaning of 35 U.S.C. § 285 and DietGoal is thus entitled to an award of its reasonable attorneys' fees.

## DEMAND FOR JURY TRIAL

14. DietGoal, under Rule 38 of the Federal Rules of Civil Procedure, requests a trial by jury of any issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, DietGoal requests entry of judgment that:

1. Defendant has infringed the patent-in-suit;

2. Defendant accounts for and pays to Plaintiff all damages caused by its respective infringement of the patent-in-suit; and

3. Plaintiff be granted pre-judgment and post-judgment interest on the damages caused to it by reason of one or more of Defendant's patent infringement;

4. The Court declare this an exceptional case and that Plaintiff be granted reasonable attorneys' fees in accordance with 35 U.S.C. § 285;

5. Costs be awarded to Plaintiff; and

6. Plaintiff be granted such other and further relief as the Court may deem just and proper under the circumstances.

Dated: December 7, 2012          Respectfully submitted,

                                            **BUETHER JOE & CARPENTER, LLC**

                             By:      */s/ Christopher M. Joe*
                                                   Christopher M. Joe (Lead Counsel)
                                                   State Bar No. 00787770
                                                   Chris.Joe@BJCIPLaw.com
                                                   Eric W. Buether
                                                   State Bar No. 03316880
                                                   Eric.Buether@BJCIPLaw.com
                                                   Brian A. Carpenter
                                                   State Bar No. 03840600
                                                   Brian.Carpenter@BJCIPLaw.com
                                                   Niky Bukovcan
                                                   State Bar No. 24078287
                                                   Niky.Bukovcan@BJCIPLaw.com
                                                   Monica Tavakoli
                                                   State Bar No. 24065822
                                                   Monica.Tavakoli@BJCIPLaw.com

                                                   1700 Pacific Avenue
                                                   Suite 4750
                                                   Dallas, Texas 75201
                                                   Telephone:     (214) 466-1272
                                                   Facsimile:      (214) 635-1828

                                         **THE LAW OFFICES OF DAMON YOUNG**

                                                   Damon M. Young
                                                   State Bar No. 2176700
                                                   damon@dylawoffices.com

                                                   4122 Texas Boulevard
                                                   P.O. Box 1897*
                                                   Texarkana, TX. 75503 (*04*)
                                                   Telephone:     (903) 794-1303
                                                   Facsimile:      (903) 792-5098

                                         **ATTORNEYS FOR PLAINTIFF**
                                         **DIETGOAL INNOVATIONS LLC**